FILED: May 29, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 12-4211
(2:11-cr-00083-MSD-FBS-1)

———————————

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

JERMAR BERNARD MARLON JONES

  Defendant - Appellant

———————————

J U D G M E N T

———————————

  In accordance with the decision of this court, the judgment of the district court is affirmed.

  This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

            /s/ PATRICIA S. CONNOR, CLERK